IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MALINDA NABORS                                                            PLAINTIFF

V.                                           CIVIL ACTION NO. 1:17-CV-164-SA-DAS

PETE MALONE                                                               DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on October 5, 2017. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 30th day of August, 2018.

                                              /s/ Sharion Aycock
                                           UNITED STATES DISTRICT JUDGE